861 A.2d 261

COMMONWEALTH of Pennsylvania by Acting
Attorney General Gerald Pappert,

v.

Ronda LEWIS, Individually and d/b/a World of Giving.

Appeal of Ronda Lewis.

Supreme Court of Pennsylvania.

Oct. 21, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21th day of October, 2004 the order of the Commonwealth Court is hereby affirmed.

The Motion to Dismiss the Appeal is dismissed as moot.